PER CURIAM.
Affirmed. See: Robinson v. State, Fla. App. 1964, 161 So.2d 578; Devlin v. State, Fla.App.1965, 175 So.2d 82; Baisden v. State, Fla.App.1967, 203 So.2d 194; Shif-rin v. State, Fla.App.1968, 210 So.2d 18; Lister v. State, Fla.App. 1969, 226 So.2d 238; Staten v. State, Fla.App.1971, 248 So.2d 697; Rollins v. State, Fla.App.1972, 256 So.2d 541; Skold v. State, Fla.App. 1972, 263 So.2d 627; United States v. Cooper, 5th Cir. 1973, 472 F.2d 64; § 924.-33, Fla.Stat.